**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLOIRDA**
**MIAMI DIVISION**

GREAT MIDWEST INSURANCE
COMPANY,

     Plaintiff,

v.                                **Case No.: 1:25-cv-24166**

LEGACY TOWER MWC LLC, LEGACY
TOWER MWC MEZZ, LLC, LEGACY MWC
TRUSTEE, LLC, PARTICIPANT CAPITAL
GROWTH MASTER FUND, LP, PARTICIPANT
RE HOLDINGS PARENT, LLC, and LEGACY
TOWER MWC HOLDINGS, LLC

     Defendants.

_____/

## GREAT MIDWEST'S INITIAL DISCLOSURES
### (Pursuant to Fed. R. Civ. P. 26(a)(1))

Plaintiff Great Midwest Insurance Company ("Great Midwest") makes the following

initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1)) as follows:

1. **Fed. R. Civ. P. 26(a)(1)(A)(i): the name and, if known, the address and telephone number of each individual likely to have discoverable information, along with the subjects of that information, that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment;**

   a. **Richard Baudouin, Great Midwest Insurance Company, c/o James S. Myers, Plaintiff's Counsel McElroy, Deutsch, Mulvaney & Carpenter, LLP, 201 East Kennedy Blvd., Ste. 815, Tampa, FL. 33602, (813)258-5520**
   Mr. Baudouin has knowledge of Plaintiff's claims, including but not limited to the claims against the lien transfer bond and the Consent Final Judgment that are the subject of this lawsuit.

   b. **Corporate Representative, Moss & Associates, LLC, c/o Freddy X. Munoz, Peckar & Abramson, P.C., One Southeast Third Avenue, Suite 2000, Miami, Florida 33131, (305) 358-2600**
   Upon information and belief, has knowledge of the underlying claims by Moss & Associates, LLC ("Moss") and the Consent Final Judgment in favor of Moss

which give rise to Plaintiff's claims against Defendants that are the subject of this lawsuit.

c. **Corporate Representative, Legacy Tower MWC LLC, c/o Joseph I. Pardo, Esq., Pardo Law PLLC, 1205 Lincoln Road, Suite 211, Miami Beach, Florida 33139, (305) 308-7388**
Upon information and belief, has knowledge of the underlying claims by Moss and the Consent Final Judgment in favor of Moss which give rise to Plaintiff's claims against Defendants that are the subject of this lawsuit.

d. **Corporate Representative, Legacy Tower MWC Mezz, LLC, c/o Joseph I. Pardo, Esq., Pardo Law PLLC, 1205 Lincoln Road, Suite 211, Miami Beach, Florida 33139, (305) 308-7388**
Upon information and belief, has knowledge of the underlying claims by Moss and the Consent Final Judgment in favor of Moss which give rise to Plaintiff's claims against Defendants that are the subject of this lawsuit.

e. **Corporate Representative, Participant Capital Growth Master Fund, LP, c/o Joseph I. Pardo, Esq., Pardo Law PLLC, 1205 Lincoln Road, Suite 211, Miami Beach, Florida 33139, (305) 308-7388**
Upon information and belief, has knowledge of the underlying claims by Moss and the Consent Final Judgment in favor of Moss which give rise to Plaintiff's claims against Defendants that are the subject of this lawsuit.

f. **Corporate Representative, Participant RE Holdings Parent, LLC, c/o Joseph I. Pardo, Esq., Pardo Law PLLC, 1205 Lincoln Road, Suite 211, Miami Beach, Florida 33139, (305) 308-7388**
Upon information and belief, has knowledge of the underlying claims by Moss and the Consent Final Judgment in favor of Moss which give rise to Plaintiff's claims against Defendants that are the subject of this lawsuit.

g. **Corporate Representative, Legacy Tower MWC Holdings, LLC, c/o Joseph I. Pardo, Esq., Pardo Law PLLC, 1205 Lincoln Road, Suite 211, Miami Beach, Florida 33139, (305) 308-7388**
Upon information and belief, has knowledge of the underlying claims by Moss and the Consent Final Judgment entered in favor of Moss which give rise to Plaintiff's claims against Defendants that are the subject of this lawsuit.

h. **Corporate Representative, Legacy Tower MWC Holdings, LLC, c/o Joseph I. Pardo, Esq., Pardo Law PLLC, 1205 Lincoln Road, Suite 211, Miami Beach, Florida 33139, (305) 308-7388**
Upon information and belief, has knowledge of the underlying claims by Moss and the Consent Final Judgment entered in favor of Moss which give rise to Plaintiff's claims against Defendants that are the subject of this lawsuit.

i. **Daniel Kodsi, c/o Joseph I. Pardo, Esq., Pardo Law PLLC, 1205 Lincoln Road, Suite 211, Miami Beach, Florida 33139, (305) 308-7388**
Upon information and belief, has knowledge of the underlying claims by Moss which give rise to Plaintiff's claims against Defendants that are the subject of this lawsuit.

j. **Charles J. Nielson, Nielson, Hoover & Company, 15050 NW 79th Court, Suite 200, Miami Lakes, Florida 33016, (305) 722-2663**
Upon information and belief, has knowledge of issuance of the lien transfer bond which gives rise to Plaintiff's claims against Defendants that are the subject of this lawsuit.

Great Midwest may identify additional individuals with discoverable information through discovery and continued investigation and, as such, Great Midwest reserves the right to supplement and/or modify these Initial Disclosures as appropriate.

2. **Fed. R. Civ. P. 26(a)(1)(A)(ii): a copy, or a description by category and location, of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment:**

a. General Indemnity Agreement executed by Defendants in favor of Great Midwest.

b. All documents relating to Defendants application for bonding from Great Midwest which is the subject of this litigation.

c. Various Emails/Correspondence relating to Moss's role as general contractor for the construction project known as the legacy at Miami World Center located at 930 N.E. 1st Avenue, Miami, Florida (the "Property").

d. Contract Documents entered into by Moss relating to the construction a mixed-use boutique condo-hotel with a tower, consisting of residential improvements, hotel improvements, office improvements, commercial improvements, parking improvements and shared-space improvements on the Property.

e. The Claim of Lien, and any amendments thereto, recorded by Moss relating to the Property.

f. The Lien Transfer Bond transferring the Claim of Lien, and any amendments thereto, relating to the Property.

g. The pleadings in the lawsuit filed by Moss styled *Moss & Associates, LLC v. Legacy MWC Commercial I, LLC, Legacy MWC Commercial II, LLC, Legacy MWC Commercial III, LLC, Legacy MWC Commercial IV, LLC, Legacy MWC Commercial*

3

*V, LLC, Legacy MWC Commercial VI, LLC, Legacy Tower MWC, LLC, Legacy MWC Hotel, LLC, Legacy MWC Office, LLC, Legacy MWC Parking, LLC, Legacy MWC Shared Components, LLC, Legacy MWC Trustee, LLC a/t/o Legacy MWC Land Trust, and Great Midwest Insurance Company:* Case No. 2023-015544-CA-01.

    h.  Documents supporting Great Midwest's claim for indemnity.

Great Midwest reserves the right to add additional document disclosures if found during the course of discovery in this case.

3. **Fed. R. Civ. P. 26(a)(1)(A)(iii): a computation of each category of damages claimed by the disclosing party, who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered:**

Great Midwest has incurred a loss in the amount of $3,335,000.00, relating to Moss's claim against Great Midwest. Additionally, Great Midwest has incurred, and continues to incur, attorneys' fees, costs, and expenses. The foregoing amounts are subject to the award of prejudgment interest.

4. **Fed. R. Civ. P. 26(a)(1)(A)(iv): for inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

Not Applicable.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via email to all registered CM/ECF recipients on this 26th day of November 2025.

By:     /s/ James S. Myers
James S. Myers
Florida Bar Number: 64246
jmyers@mdmc-law.com
Brigid R. Buckley
Florida Bar Number: 1064469
bbuckley@mdmc-law.com
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Fifth Third Center
201 East Kennedy Blvd, Suite 815
Tampa, Florida 33602
Ph: 813-285-5520
*Attorneys for Plaintiff Great Midwest Insurance Company*