**IN THE U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:25-cv-24166**

GREAT MIDWEST INSURANCE
COMPANY,

     *Plaintiff*,

v.

LEGACY TOWER MWC LLC, *et al.*

     *Defendants*.

_____/

**DEFENDANTS' RESPONSE TO SHOW CAUSE ORDER [D.E. 46] AND**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendants Legacy Tower MWC LLC, Legacy Tower MWC Mezz, LLC, Legacy MWC

Trustee, LLC, Participant Capital Growth Master Fund, LP, Participant RE Holdings Parent, LLC,

and Legacy Tower MWC Holdings, LLC ("Defendants"), pursuant to the Court's *Paperless Order*

*to Show Cause* [D.E. 46] and Fed. R. Civ. P. 7.1(a)(1), submit this *Corporate Disclosure*

*Statement*:

**DEFENDANTS**

1. Legacy Tower MWC LLC is a **Delaware limited liability company.**

    a. Its sole member is Defendant Legacy Tower MWC Mezz, LLC, a **Delaware limited liability company.** *See* Defendant 2, *infra*

2. Legacy Tower MWC Mezz, LLC is a **Delaware limited liability company.**

    a. Its sole member is Defendant Legacy Tower MWC Holdings, LLC, a **Delaware limited liability company.** *See* pp. 3-4, *infra*

3.  Legacy MWC Trustee, LLC is a **Delaware limited liability company.**

    a.  Its sole member is Defendant Legacy Tower MWC Mezz, LLC, a **Delaware limited liability company.** *See* Defendant 2, *infra*

4.  Participant Capital Growth Master Fund, LP is a **Delaware limited partnership.**

    a.  The general partner is Participant RE Holdings Parent, LLC, a **Delaware limited liability company.** *See* Defendant 5, *infra*

    b.  The limited partner is Participant RE Holdings, Inc., **a Delaware corporation with its principal place of business located in Florida.**

5.  Participant RE Holdings Parent, LLC is a **Delaware limited liability company.**

    a.  Its sole member is Daniel Kodsi, a **Florida resident**

6.  Legacy Tower MWC Holdings, LLC is a **Delaware limited liability company.**

    a.  **SEE LEGACY TOWER MWC HOLDINGS ON NEXT PAGE**

**Pardo Law PLLC · 1205 Lincoln Road · Suite 211 · Miami Beach, Florida  33139**

## LEGACY TOWER MWC HOLDINGS

There are **three (3)** members of Legacy Tower MWC Holdings, LLC:

**Member 1:**   Legacy Tower MWC Preferred, LLC, a **Delaware limited liability company,** which has two members:

1. Legacy Tower MWC Ventures LLC, a **Delaware limited liability company**, which has two members:

   i.  Participant Capital Fund I, LP**, a Delaware partnership**

      (i)   The general partner is Participant Capital Partner US, LLC, a **Delaware limited liability company,** whose members are:

         A.  SEFRM Investments, LLC, **a Florida limited liability company**

         At this time, the total list of members of this LLC are unknown and may be investors from across the U.S. (and the world).

         B.  Crosby Street Capital, LLC, **a Florida limited liability company**

         At this time, the total list of members of this LLC are unknown and may be investors from across the U.S. (and the world).

         C.  Participant Capital, LLC, **a Florida limited liability company**

         Its sole member is Daniel Kodsi, a **Florida resident**

      and

   ii.  Participant Capital Growth Master Fund, LP, a **Delaware limited partnership**

      *See* Defendant No. 4, *infra*

2. Astor Legacy-930, LLC, a **Florida limited liability company**

   At this time, the total list of members of this LLC are unknown and may be investors from across the U.S. (and the world).

Page 4                                                                      CASE NO. 1:25-cv-24166

*(Legacy Tower MWC Holdings LLC members, ctd.)*

**Member 2:**   Buttonwood Prime Properties Fund LLC-Series LT-I, LLC **a Delaware limited liability company**

At this time, the total list of members of this LLC are unknown and may be investors from across the U.S. (and the world).

**Member 3:**   Buttonwood Prince Properties QC Fund LLC-Series LT-1, LLC **a Delaware limited liability company**

At this time, the total list of members of this LLC are unknown and may be investors from across the U.S. (and the world).

Page 5                                                            CASE NO. 1:25-cv-24166

Dated: March 13, 2026                          Respectfully submitted,

                                               **PARDO LAW PLLC**
                                               *Counsel for Defendants*

                                               By:    */s/ Joseph I. Pardo*
                                                      Joseph I. Pardo, Esquire
                                                      Fla. Bar No. 1003339

                                               1205 Lincoln Road, Suite 211
                                               Miami Beach, Florida 33139
                                               Phone: (305) 308-7388
                                               Email: joe@pardolawmiami.com

<u>**CERTIFICATE OF SERVICE**</u>

   **I HEREBY CERTIFY** that, on March 13, 2026, a copy of the foregoing was filed electronically by using the CM/ECF system, and that notification of this filing is to be provided to all counsel of record who have registered to receive notices from the court under the CM/ECF system.

                                               */s/ Joseph I. Pardo*
                                               Joseph I. Pardo, Esquire