**IN THE DISTRICT COURT**
**SOUTHERN DISTRICT OF FLOIRDA**
**MIAMI DIVISION**

GREAT MIDWEST INSURANCE COMPANY,

    Plaintiff,

v.                               **Case No.:** 1:25-cv-24166

LEGACY TOWER MWC LLC, LEGACY
TOWER MWC MEZZ, LLC, LEGACY MWC
TRUSTEE, LLC, PARTICIPANT CAPITAL
GROWTH MASTER FUND, LP, PARTICIPANT
RE HOLDINGS PARENT, LLC, and LEGACY
TOWER MWC HOLDINGS, LLC,

    Defendants.

_____/

## GREAT MIDWEST'S NOTICE OF COMPLIANCE

Plaintiff Great Midwest Insurance Company ("Great Midwest") hereby gives notice that on May 8, 2026, the undersigned electronically transmitted Great Midwest's Expert Witness Disclosures as required under the Case Management Order.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via email to all registered CM/ECF recipients on this 12th day of May, 2026.

          */s/ Brigid R. Buckley*
          Brigid R. Buckley
          Florida Bar Number: 1064469
          bbuckley@mdmc-law.com
          James S. Myers
          Florida Bar Number: 64246
          jmyers@mdmc-law.com
          McElroy, Deutsch, Mulvaney & Carpenter, LLP
          201 East Kennedy Boulevard, Suite 815
          Tampa, Florida 33602
          Ph: 813-285-5520
          *Counsel for Great Midwest Insurance Co.*